IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00138-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT L. OTT, Jr.,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Motion To Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I). *See* [#12] filed June 8, 2007. The motion is unopposed. *See* Defendant's Response [#15] filed June 11, 2007.

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is, therefore,

ORDERED that the Government's motion [#12] is granted, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to the Defendant and Defendant's attorney in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the Defendant and counsel for the Defendant; that the Defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of

the case.

        DATED June 12, 2007.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      _____
                                      ROBERT E. BLACKBURN
                                      UNITED STATES DISTRICT COURT JUDGE