# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00138-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT L. OTT, JR.,

    Defendant.

---

## MINUTE ORDER[1]

---

    This will confirm that the sentencing hearing set in the above captioned matter is set for **October 11, 2007**, at 9:00 a.m. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: July 10, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.