IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:  July 10, 2007

Ginny Kramer, Deputy Clerk
Suzanne Claar, Court Reporter

Criminal Case No.  07-cr-00138-REB

| UNITED STATES OF AMERICA, | Timothy Neff |
|---|---|
| v. | |
| ROBERT L. OTT, JR., | Virginia Grady |
| **Defendant.** | |

## CHANGE OF PLEA MINUTES

**9:00 a.m.    Court in session.**

Appearances of counsel.

The Defendant is present in Court (in custody).

The Plea Agreement and Defendant's Statement in Advance of Plea of Guilty are tendered to the Court.

The Defendant is sworn.

The Defendant is 37 years old.

The Defendant is advised of his rights, including his right to trial by jury.

The Defendant is advised of the possible penalties, fines, supervised release, and special victim fund assessment fee.

The defendant's previous plea of Not Guilty is withdrawn.

The Defendant waives re-arraignment on Count One of the Indictment.

The Defendant enters a Plea of **GUILTY** to **Count One** of the Indictment.

The Court's Findings of Fact and Conclusions of Law will be issued electronically.

The plea agreement of the parties as stated in court exhibits 1 and 2 conforms in form and substance to the requirements of law, including the requirements of D.C.COLO.LCr.R 11.1C and D.

**It was ORDERED as follows:**

1. That court's exhibits 1 and 2 are admitted into evidence;

2. That formal approval of the plea agreement is deferred pending the opportunity to consider the presentence report;

3. That the plea of **GUILTY to Count One** of the Indictment entered by the defendant, Mr. Richard L. Ott, Jr., is received, accepted and approved;

4. That the Defendant is found **GUILTY of Count One** of the Indictment;

5. That the probation department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

6. That the Defendant's counsel shall contact the probation department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the required presentence investigation. The defendant shall fully cooperate with the probation department during the presentence investigation;

7. **That sentencing is scheduled for October 11, 2007, at 9:00 a.m.**

8. That any pending pretrial motions filed on behalf of the defendant, Mr. Richard L. Ott, Jr.,are **DENIED as MOOT**;

9. That the Defendant's Stipulated Motion for Release on Unsecured Bond [#22] filed July 9, 2007, is **granted**. The defendant is referred to the duty Magistrate Judge for release.

10. That the Defendant is remanded to the custody of the United States Marshal.

**9:37 a.m.**   **Court in recess.**

*Total in court time: 00:37 minutes - Hearing concluded*